IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA

**Tallahassee Division**

NEW FLORIDA MAJORITY EDUCATION
FUND, COMMON CAUSE and MI FAMILIA
VOTA EDUCATION FUND,

        Plaintiffs,

v.

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,

        Defendant.

Civil Action No. _____

## NOTICE OF RELATED CASE

Pursuant to N.D. Fla. Local Rule 5.6(B), Plaintiffs hereby give the Court notice that the instant case is related to *Florida Democratic Party v. Detzner*, Case No. 4:18-cv-00463 (N.D. Fla.).

The nature of the relationship between this action and *Florida Democratic Party v. Detzner* is that the cases involve substantially similar legal claims and facts against the same defendant – Secretary of State Ken Detzner.  Both lawsuits challenge Florida's failure to extend the voter registration deadline given the burdens placed on voters who have been forced to evacuate their homes and/or had their lives otherwise disrupted by the impending hurricane.  Both cases rest their claims on the Fourteenth Amendment and seek an extension of the voter registration deadline to October 16, and request that the extension apply statewide.

Due to their similarity, if not treated as related, these cases are likely to require duplication of labor and expense and present a potential danger of inconsistent rulings regarding the same or

similar law and facts.  Accordingly, the treatment of these cases as related would serve the interests of judicial economy and avoid the danger of conflicting rulings.

For these reasons, Plaintiffs respectfully request the Court take notice that the instant case is related to *Florida Democratic Party v. Detzner*, Case No. 4:18-cv-00463 (N.D. Fla.).

Respectfully submitted,

*/s/Nancy G. Abudu*
Nancy Abudu (Fla. Bar No. 111881)
nabudu@aclufl.org
ACLU Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel: 786-363-2700

Julie A. Ebenstein (Fla Bar No. 91033)
jebenstein@aclu.org
American Civil Liberties Union
125 Broad St.
New York, NY 10004
Tel: 212-549-2693

Ezra D. Rosenberg (*\*pro hac vice – to be filed*)
Julie Houk (*\*pro hac vice – to be filed*)
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone:    (202) 662-8600
Facsimile:     (202) 783-0857
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2018, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties.

<i>/s/ Nancy G. Abudu</i><br>Nancy G. Abudu