# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

## Tallahassee Division

NEW FLORIDA MAJORITY EDUCATION FUND, COMMON CAUSE and MI FAMILIA VOTA EDUCATION FUND,

        Plaintiffs,

v.

KEN DETZNER, in his official capacity as Secretary of State of the State of Florida,

        Defendant.

Civil Action No. 4:18-cv-00466 MW-CAS

## PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION – EXPEDITED CONSIDERATION REQUESTED

1. Pursuant to Rule 65 of the Federal Rules of Civil Procedure and for the reasons set forth in Plaintiffs' Memorandum of Points and Authorities in Support, Plaintiffs NEW FLORIDA MAJORITY FUND, COMMON CAUSE, and MI FAMILIA VOTA EDUCATION FUND (collectively, "Plaintiffs") respectfully move the Court for a preliminary injunction requiring that Defendant KEN DETZNER extend Florida's voter registration book closing for a period of one week from October 9, 2018 to October 16, 2018, without prejudice to further extensions depending upon the actual impact of Hurricane Michael on Florida. Plaintiffs request that, pending final judgment of this case on the merits, this Court order that Defendant:

    (a)    discontinue enforcement of the current October 9, 2018 voter registration book closing deadline; and

    (b)    extend the book closing deadline for all forms of voter registration from

1

October 9, 2018 to October 16, 2018 without prejudice to further extensions as necessary.

2. Plaintiffs have submitted a brief detailing the bases for granting such relief and attach the following evidence in support of this motion:

(a) Exhibit A, Abudu Declaration, Exhibit A-1, ACLU of Florida Letter dated July 26, 2018.

(b) Exhibit B, Houk Declaration, Exhibit B-1, letter from the Lawyers' Committee and Common Cause Florida dated October 8, 2018.

(c) Exhibit C, Secretary of State Directive 2018-03, dated October 8, 2018.

3. Plaintiffs request expedited consideration of this motion for a preliminary injunction. Expedited consideration is necessary because the voter registration book closing deadline expired on October 9, 2018. Election Day, November 6, 2018, is quickly approaching. Plaintiffs seek to ensure that eligible Floridians are able to participate in the upcoming general election.

4. Plaintiffs respectfully request that the Court set this motion for a hearing or permit oral argument.

Dated: October 10, 2018        Respectfully submitted,

By:   */s/ Julie A. Ebenstein*
Julie A. Ebenstein (Fla. Bar No. 91033)
jebenstein@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500

Nancy Abudu (Fla. Bar No. 111881)
nabudu@aclufl.org

2

ACLU Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami FL 33134
Tel: 786-363-2700

Ezra D. Rosenberg (*pro hac vice – to be filed*)
Julie Houk (*pro hac vice – to be filed*)
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 662-8600
Facsimile:     (202) 783-0857
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org

Donita Judge (\**pro hac vice – to be filed*)
Denise Lieberman (\**pro hac vice – to be filed*)
Gilda Daniels (\**pro hac vice – to be filed*)
ADVANCEMENT PROJECT
1220 L Street NW, Suite 850
Washington DC 20005
Ph: (202) 728-9557
Fax: (202) 728-9558
djudge@advancementproject.org
dlieberman@advancementproject.org
gdaniels@advancementproject.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that, on October 10, 2018, I electronically filed the foregoing document and all attachments using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record. In addition, I emailed a copy of the foregoing document and all attachments to Brad McVay, Interim General Counsel to the Secretary of State, and Ashley Davis, Deputy General Counsel to the Secretary of State immediately after filing.

               */s/ Julie A. Ebenstein*
               Julie A. Ebenstein (Fla. Bar No. 91033)

               *Counsel for Plaintiffs*