EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA**

**Tallahassee Division**

NEW FLORIDA MAJORITY EDUCATION
FUND, COMMON CAUSE and MI FAMILIA
VOTA EDUCATION FUND,

                     Plaintiffs,

v.                                                                                               Civil Action No. 4:18-cv-00466

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,

                     Defendant.

## DECLARATION OF NANCY G. ABUDU

I, Nancy G. Abudu, state as follows:

1. I am over the age of 18 and fully competent to testify regarding the contents of this Declaration, which I make based upon my personal knowledge.

2. I am the Legal Director for the ACLU Foundation of Florida.

3. On July 26, 2018, on behalf of the ACLU Foundation of Florida, I sent a letter to Secretary of State Ken Detzner regarding media reports about technical problems with Florida's online voter registration system. The media reports indicated that eligible voters were receiving error messages when they tried to access the website and that many individuals were unable to complete the voter registration process online due to the technical difficulties. The letter inquired as to the Secretary's understanding regarding the extent of the technical problems, the number of individuals who contacted the Secretary's office to complain about the system, and the steps the Secretary was taking to quickly remedy the situation and to prevent similar difficulties in the future.

4. A copy of that letter is attached to the Plaintiffs' complaint (DE 1), as Exhibit A. The exhibit is a true and accurate representation of the original letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Miami-Dade County, Florida, this 10th day of October, 2018.

*/s/ Nancy Abudu*
Nancy Abudu
Legal Director
ACLU of Florida, Inc.

EXHIBIT A-1



Ken Detzner, Secretary of State
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

Department of State, Division of Elections
Director's Office
Room 316, R. A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399-0250

Re:   Technical Failures During Online Voter Registration and Party Registration Updates

Dear Secretary Detzner and Staff of the Florida Division of Elections,

The ACLU of Florida would like to formally express our concerns over reports that Florida's online voter registration website (www.registertovoteflorida.gov) was not allowing Floridians to change party registrations and possibly not allowing them to register to vote during mid to late July in 2018.[1] As you know, technical difficulties related to online voter registration could result in some Floridians not participating in the upcoming primary election and, thus, being denied the right to vote.

To ensure that all issues are quickly addressed and resolved and that appropriate remedies are in place, we seek your responses to the following questions:

1. When and how was the problem with the online voter registration website first brought to your attention?

---

[1] https://www.politico.com/states/florida/story/2018/07/23/state-fixes-voter-registration-problem-with-simple-updates-522370

2. Did the recent technical glitches on www.registertovoteflorida.gov only stop people from changing party registration or did it also impact people registering for the first time?

3. How many complaints, either verbal or in writing, did your office receive regarding the technical problems on the website?

4. Outside of those who contacted your office, how many others experienced problems with the site based on other information available to you?

5. What was the process for fixing these problems and which staff members in your office were involved in that process?

6. What steps has the Division of Elections taken to remedy the situation for individuals that experienced technical failures?

7. Have individuals been notified about whether their registration or update to registration was completed and/or that the website is now functioning correctly? What was the form of that notification, i.e., in writing, by phone, or through some other method?

Given that the upcoming registration deadlines for both the primary and general elections are fast approaching, we appreciate receiving your response to this letter by August 3, 2018.

Thank you,

Nancy G. Abudu
Legal Director
American Civil Liberties Union of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134