EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA**

**Tallahassee Division**

NEW FLORIDA MAJORITY EDUCATION
FUND, COMMON CAUSE and MI FAMILIA
VOTA EDUCATION FUND,

           Plaintiffs,           Civil Action No. 4:18-cv-00466

v.

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,

           Defendant.

**DECLARATION OF JULIE M. HOUK IN SUPPORT OF EMERGENCY MOTION
FOR A PRELIMINARY INJUNCTION**

I, Julie M. Houk, declare:

1. I am over the age of 18 years of age, am competent to make this declaration, have personal knowledge of the matters stated herein and am in the process of making application to the Court for *pro hac vice* admission to represent the Plaintiffs in this action.

2. I am currently employed as a Senior Special Counsel in the Voting Rights Project of the Lawyers' Committee for Civil Rights Under Law.  The Lawyers' Committee is a nonpartisan, nonprofit organization which was formed in 1963 at the request of President John F. Kennedy to enlist the private bar's leadership and resources in combating racial discrimination and the resulting inequality of opportunity, including in the area of voting rights and access to the ballot.

1

3.      After learning about the increasing chances that Hurricane Michael would disrupt the ability of voting eligible Floridians to register to vote and for registered voters to make changes to their registration information before the book closing on October 9, 2018, I, along with Liza McClenaghan of Common Cause Florida, sent a letter to Brad McVay, interim general counsel for the Florida Department of State, on October 8, 2018, to inquire about an extension of the voter registration deadline in light of the likely disruption to voter registration in the face of Hurricane Michael making landfall in the gulf coast and Panhandle of Florida. A true and correct copy of that letter is attached and incorporated herein by reference as Exhibit C-1. We did not receive any response to that correspondence.

4.      Thereafter, shortly after 8:00 a.m. on October 9, 2018, Ms. McClenaghan and I attempted to reach Mr. McVay by telephone to discuss our request that Secretary Detzner order an extension of the voter registration deadline. We were unable to speak to Mr. McVay and left a voicemail. When we still did not hear back from Mr. McVay, Ms. McClenaghan and I tried to reach Mr. McVay again by telephone during the afternoon of October 9, 2018. We also attempted to reach Gary Holland, assistant general counsel for the Department of State, by telephone during the afternoon of October 9, 2018, but were only able to leave a voicemail for him.

5.      To date, I have received no response to the October 8, 2018 letter or to the voicemails I left for Mr. McVay and Mr. Holland on October 9, 2018.

6.      I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct of my personal knowledge. Executed this 10th day of October at Washington, DC.

S/ Julie M. Houk_____
Julie M. Houk
Senior Special Counsel
Lawyers' Committee for Civil Rights Under Law

2

EXHIBIT B-1



**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**

1500 K Street, NW  
Suite 900  
Washington, DC 20005

Tel: 202.662.8600  
Fax: 202.783.0857  
www.lawyerscommittee.org

October 8, 2018

**VIA EMAIL ONLY**

Brad McVay, Esq.
Interim General Counsel
Florida Department Of State
500 South Bronough Street
Tallahassee FL 32399-0250
brad.mcvay@dos.myflorida.com

    Re: Hurricane Michael and Potential Impact upon Voter Registration
    Book Closing on October 9, 2018

Dear Mr. McVay,

I am writing on behalf of the Lawyers' Committee for Civil Rights Under Law and Common Cause Florida to inquire whether the Secretary of State and Division of Elections will be seeking an extension of the voter registration book closing deadline, which is currently set for tomorrow (October 9, 2018), in light of Governor Scott's declaration of emergency today ahead of Hurricane Michael making landfall. A copy of Governor Scott's Executive Order 18-276 is attached for your information.

As Governor Scott notes in the Executive Order, Hurricane Michael "poses a severe threat to the State of Florida" which requires taking precautions to "protect the communities, critical infrastructure and the general welfare…." The Executive Order further notes that the storm is increasing in intensity and there is an increasing risk of dangerous storm surge, rainfall, strong winds, hazardous seas and the potential for isolated tornadic activity in Florida's northern Gulf Coast by mid-week.

Moreover, it is our understanding that four counties (Gulf County, Wakulla County, Franklin County and Bay County) have now issued mandatory evacuation orders ahead of the storm making landfall.  The voting-eligible residents in these counties should be focused on the safety and welfare of themselves and their families and should not be faced with being disenfranchised if they cannot register by book closing at midnight tomorrow.

The Lawyers' Committee was formed at the request of President John F. Kennedy in 1963

Page 2

Recently, South Carolina extended its voter registration deadline state-wide to October 17, 2018 in the wake of Hurricane Florence and the devastating flooding that followed the storm making landfall. North Carolina also extended its voter registration deadline to October 15, 2018 for 28 counties that were hard hit by Hurricane Florence.

In light of Governor Scott's emergency declaration, the mandatory evacuation orders in three Gulf counties and the fact that many Floridians will heed the Governor's advice to take emergency precautions, we are respectfully requesting that the State of Florida consider a similar extension of the voter registration deadline to ensure that voting-eligible Floridians are not faced with being disenfranchised as a result of this storm.

While Florida does have online voter registration this year, that system is not uniformly available to all Floridians since they must have already acquired a Florida driver license or state ID card in order to use the online system. Moreover, Floridians on the Gulf Coast may lose power or not have access to a computer during the storm in order to register online by the voter registration book closing.

Therefore, we respectfully request that the State of Florida consider extending the voter registration deadline for at least a week following the storm, and possibly longer depending upon the impact of the storm across the state.

We would appreciate a response today to ensure that voting-eligible Floridians will know whether the deadline will be extended before they find they are unable to register to vote by tomorrow's book closing.

Thank you for your attention and cooperation in this matter.

Very truly yours,

Julie M. Houk[1]
Senior Special Counsel
Voting Rights Project

---

[1] Admitted to practice law in the District of Columbia, California, Massachusetts, New Hampshire and Illinois (voluntarily registered as inactive in Illinois)

Page 3

Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20001
Telephone: 202-662-8391
Cell: 603-562-8309
jhouk@lawyerscommittee.org

Liza McClenaghan
State Chair
Common Cause Florida
9877 Clear Lake Circle
Naples, FL 34109
239-596-5248 voice | 239-777-8948 cell
lizamac@comcast.net