# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**NEW FLORIDA MAJORITY**
**EDUCATION FUND** et. al.

    *Plaintiffs,*

v.                                                   Case No. 4:18cv466-MW/CAS

**KEN DETZNER,**
in his individual capacity as Secretary
of State of the State of Florida,

    *Defendant.*

_____/

## ORDER DIRECTING CLERK TO REASSIGN CASE

The issues pending in this case are precisely the same issues pending in case number 4:18cv463. Therefore, the Clerk is directed to reassign this case to **Judge Robert L. Hinkle**.

**SO ORDERED on October 11, 2018.**

                                               s/Mark E. Walker
                                            **Chief United States District Judge**