IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
FLORIDA TALLAHASSEE DIVISION

NEW FLORIDA MAJORITY
EDUCATION FUND, COMMON CAUSE
and MI FAMILIA VOTA EDUCATION
FUND,

    Plaintiff,

v.                                                                         Civil Action No. 4:18-cv-00466
                                                                        MW-CAS

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,

    Defendant.

_____/

**<u>NOTICE OF APPEARANCE</u>**

    Ashley E. Davis hereby provides notice of her appearance on behalf of KEN DETZNER, in his official capacity as Florida Secretary of State in the above-styled action.

                                                  Respectfully submitted by,

                                                  \_\_\_\_\_/s/ Ashley E. Davis_____
                                                  ASHLEY E. DAVIS (FBN 48032)
                                                  Deputy General Counsel
                                                  ashley.davis@dos.myflorida.com
                                                  FLORIDA DEPARTMENT OF STATE
                                                  R.A. Gray Building Suite, 100
                                                  500 South Bronough Street
                                                  Tallahassee, Florida 32399-0250
                                                  Phone: (850) 245-6536
                                                   Fax: (850) 245-6127

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2018, a true and correct copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system to all counsel of record.

/s/ Ashley E. Davis
Attorney