IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
FLORIDA TALLAHASSEE DIVISION

NEW FLORIDA MAJORITY
EDUCATION FUND, COMMON CAUSE
and MI FAMILIA VOTA EDUCATION
FUND,

    Plaintiff,

v.                                                                                             Civil Action No.  4:18-cv-00466
                                                                                               MW-CAS
KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,

    Defendant.

_____/

## NOTICE OF APPEARANCE

    Bradley R. McVay hereby provides notice of his appearance on behalf of KEN DETZNER, in his official capacity as Florida Secretary of State in the above-styled action.

                              Respectfully submitted by,

                              _____/s/ Bradley R. McVay_____
                              BRADLEY R MCVAY (FBN 79034)
                              Interim General Counsel
                              brad.mcvay@dos.myflorida.com
                              FLORIDA DEPARTMENT OF STATE
                              R.A. Gray Building Suite, 100
                              500 South Bronough Street
                              Tallahassee, Florida 32399-0250
                              Phone: (850) 245-6511
                              Fax: (850) 245-6127

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2018, a true and correct copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system to all counsel of record.

/s/ Bradley R. McVay
Attorney
