## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## FLORIDA

### Tallahassee Division

NEW FLORIDA MAJORITY
EDUCATION FUND, COMMON CAUSE
and MI FAMILIA VOTA EDUCATION
FUND,

           Plaintiffs,           Civil Action No. 4:18-cv-00466
                                                  MW-CAS

v.

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,
           Defendant.

### NOTICE OF SUPPLEMENTAL INFORMATION
### <u>IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUCTION</u>

      Plaintiffs, by and through counsel, hereby submit this amended request for emergency injunctive relief and, in support thereof, state as follows:

      1.      On October 10, 2018, Plaintiffs filed a complaint against Secretary of State Ken Detzner seeking an extension of the voter registration deadline from October 9, 2018, to October 16, 2018, in light of Hurricane Michael and Governor Rick Scott's state of emergency issued as to 35 counties expected to be impacted by the storm. ECF No. 1. Plaintiffs also filed a motion for a temporary restraining order and accompanying memorandum of law in support of the motion requesting the same relief. ECF No. 3.

      2.      Earlier today, October 15, 2018, Governor Deal of Georgia signed an Executive Order extending voter registration to October 16, 2018 in Clay, Grady, Randolph and Turner Counties in Georgia due to the closure of the County registrars' offices on October 9th, the final day of voter registration, due to Hurricane Michael. The order includes all forms of voter

registration, including in-person, online and by mail (with a postmark of October 16).  *See* Exhibit A, Executive Order of Georgia Governor Nathan Deal, *available at* https://gov.georgia.gov/sites/gov.georgia.gov/files/related_files/document/Executive%20Order%2010.15.18.pdf.

3. This order issued after counsel from the Lawyers' Committee for Civil Rights Under Law advocated with the Georgia Attorney General's Office for an extension and without the need for litigation.

4. The Georgia Executive Order supports Plaintiffs' claim that Defendant Ken Detzner's refusal to provide adequate relief for eligible Floridians who have been prevented from meeting the October 9, 2018 voter registration deadline as a result of the disruptions caused by Hurricane Michael is an unnecessary and reasonable infringement on Plaintiffs' fundamental right to vote.

Dated: October 15, 2018          Respectfully submitted,

*/s/ Julie A. Ebenstein*
Julie A. Ebenstein (Fla. Bar No. 91033)
jebenstein@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500

Nancy G. Abudu (Fla. Bar No. 111881)
nabudu@aclufl.org
ACLU Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami FL 33134
Tel: 786-363-2700

Ezra D. Rosenberg (*pro hac vice – to be filed*)
Julie Houk (*pro hac vice – to be filed*)
Lawyers' Committee for Civil Rights Under Law

1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 662-8600
Facsimile:      (202) 783-0857
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org

Donita Judge (*pro hac vice – to be filed*)
Denise Lieberman (*pro hac vice – to be filed*)
Gilda Daniels (*pro hac vice – to be filed*)
ADVANCEMENT PROJECT
1220 L Street NW, Suite 850
Washington DC 20005
Ph: (202) 728-9557
Fax: (202) 728-9558
djudge@advancementproject.org
dlieberman@advancementproject.org
gdaniels@advancementproject.org

*Counsel for Plaintiffs*