EXHIBIT A



# THE STATE OF GEORGIA

### EXECUTIVE ORDER

---

BY THE GOVERNOR:

| | |
|---|---|
| **WHEREAS:** | On October 9 and 10, 2018, a State of Emergency was declared for multiple counties within the state of Georgia; and |
| **WHEREAS:** | Elections offices in Clay, Grady, Randolph, and Turner Counties were forced to close on October 9, due to the potential impact of Hurricane Michael and in response to the State of Emergency; and |
| **WHEREAS:** | The voter registration deadline for the upcoming November 6, 2018 election fell on October 9, 2018; and |
| **WHEREAS:** | Pursuant to O.C.G.A. § 38-3-51, et seq., the authority is vested in the Governor to issue reasonable orders, rules and regulations deemed necessary to protect public health, safety and welfare, and bring the emergency situation under control within the acknowledged limitations of the powers of the Governor. |

**NOW, THEREFORE, PURSUANT TO THE AUTHORITY VESTED IN ME AS GOVERNOR OF THE STATE OF GEORGIA, IT IS HEREBY**

| | |
|---|---|
| **ORDERED:** | That elections offices in Clay, Grady, Randolph, and Turner Counties shall accept voter registration applications from citizens of those counties for an additional day until, October 16, 2018. |

**IT IS FURTHER**

| | |
|---|---|
| **ORDERED:** | That any voter registrations from citizens of Clay, Grady, Randolph, and Turner Counties completed and returned, or otherwise post-marked, by October 16, 2018 shall be considered timely for purposes of the November 6, 2018 election. |

This 15TH day of October, 2018.

*Nathan Deal*
_____
**GOVERNOR**