IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA DEMOCRATIC PARTY,

    Plaintiff,

v.                          CASE NO.  4:18cv463-RH-CAS

KEN DETZNER, Secretary of State,

    Defendant.

_____

NEW FLORIDA MAJORITY
EDUCATION FUND, COMMON CAUSE
and MI FAMILIA VOTA EDUCATION
FUND,

    Plaintiffs,

v.                          CASE NO. 4:18cv466-RH/CAS

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,

    Defendant.

_____/

## SECOND ORDER DENYING A PRELIMINARY INJUNCTION

The motion for a preliminary injunction filed by the plaintiffs in No. 4:18cv466, ECF No. 3 in that case, is denied for the reasons and subject to the limitations set out in the order conditionally denying a temporary restraining order or preliminary injunction in No. 4:18cv463, ECF No. 10 in that case.

SO ORDERED on October 16, 2018.

s/Robert L. Hinkle
United States District Judge