IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA

**Tallahassee Division**

NEW FLORIDA MAJORITY
EDUCATION FUND, COMMON CAUSE
and MI FAMILIA VOTA EDUCATION
FUND,

               Plaintiffs,               Civil Action No. 4:18-cv-00466 MW-CAS

v.

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,

               Defendant.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

THIS CAUSE is before the Court on the Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss. Having carefully considered the motion, and finding good cause has been shown, it is **HEREBY ORDERED** that Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss is **GRANTED**.

Plaintiffs' Response is due by November 29, 2018.

DONE AND ORDERED, this _____ day of November, 2018.

                                                        _____
                                                        Robert L. Hinkle
                                                       United States District Judge