# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

## Tallahassee Division

NEW FLORIDA MAJORITY
EDUCATION FUND, COMMON CAUSE
and MI FAMILIA VOTA EDUCATION
FUND,

        Plaintiffs,        Civil Action No. 4:18-cv-00466 RH-CAS

v.

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,

        Defendant.

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs New Florida Majority Education Fund, Common Cause, and Mi Familia Vota Education Fund, and Defendant Ken Detzner, by and through their undersigned attorneys, hereby file this Joint Motion and request that the Court dismiss all claims against Defendant with prejudice. The parties have also agreed they shall each bear their own costs, attorneys' fees, and expenses.

Wherefore, the Parties request that this Court enter an order dismissing the case with prejudice.

Dated: December 11, 2018

        Respectfully submitted,

        */s/ Nancy G. Abudu*
        Nancy G. Abudu (Fla. Bar No. 111881)
        nabudu@aclufl.org
        ACLU Foundation of Florida, Inc.
        4343 W. Flagler Street, Suite 400

Miami FL 33134
Tel: 786-363-2700

Julie A. Ebenstein (Fla. Bar No. 91033)
jebenstein@aclu.org
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Tel: 212-549-2500

Ezra D. Rosenberg (*pro hac vice – to be filed*)
Julie Houk (*pro hac vice – to be filed*)
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 662-8600
Facsimile:     (202) 783-0857
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org

Donita Judge (*pro hac vice – to be filed*)
Denise Lieberman (*pro hac vice – to be filed*)
Gilda Daniels (*pro hac vice – to be filed*)
ADVANCEMENT PROJECT
1220 L Street NW, Suite 850
Washington DC 20005
Ph: (202) 728-9557
Fax: (202) 728-9558
djudge@advancementproject.org
dlieberman@advancementproject.org
gdaniels@advancementproject.org

*Counsel for Plaintiffs*

_____/s/ Ashley E. Davis_____
Bradley R. McVay (FBN 79034)
Interim General Counsel
brad.mcvay@dos.myflorida.com
Ashley Davis (FBN 48032)
Deputy General Counsel
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE R.A.
Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

*Counsel for Defendant*