IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA

**Tallahassee Division**

NEW FLORIDA MAJORITY
EDUCATION FUND, COMMON CAUSE
and MI FAMILIA VOTA EDUCATION
FUND,

          Plaintiffs,          Civil Action No. 4:18-cv-00466 RH-CAS

v.

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,
          Defendant.

## ORDER

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs New Florida Majority Education Fund, Common Cause, and Mi Familia Vota Education Fund, and Defendant Ken Detzner, have filed a Joint Motion to Dismiss with Prejudice and have requested that each party be ordered to bear their own costs, attorneys' fees, and expenses.

IT IS THEREFORE ORDERED that all of Plaintiffs' claims against Defendant are hereby DISMISSED with prejudice, with each party to bear their own costs, attorneys' fees, and expenses.

IT IS SO ORDERED this _____ day of _____, 2018.

          _____
          HON. ROBERT L. HINKLE
          UNITED STATES DISTRICT JUDGE