# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

FLORIDA DEMOCRATIC PARTY,

    Plaintiff,

v.                              CASE NO. 4:18cv463-RH-CAS

KEN DETZNER, Secretary of State,

    Defendant.

_____

NEW FLORIDA MAJORITY EDUCATION FUND, COMMON CAUSE and MI FAMILIA VOTA EDUCATION FUND,

    Plaintiffs,

v.                              CASE NO. 4:18cv466-RH/CAS

KEN DETZNER, in his official capacity as Secretary of State of the State of Florida,

    Defendant.

_____/

## ORDER ENDING THE CONSOLIDATION OF CASES

The order of October 16, 2018 consolidated these cases for case-management purposes. There is no longer a reason to consolidate the cases. This order ends the consolidation. Filings that were made in the consolidated case file (No. 4:18cv463) based on the consolidation order are deemed part of the record in each case.

IT IS ORDERED:

These cases are no longer consolidated. Future filings in either case must be made in the relevant case's individual case file.

SO ORDERED on December 12, 2018.

                                s/Robert L. Hinkle
                                United States District Judge