IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NEW FLORIDA MAJORITY
EDUCATION FUND, COMMON CAUSE
and MI FAMILIA VOTA EDUCATION
FUND,

      Plaintiffs,

v.                                            CASE NO. 4:18cv466-RH/CAS

KEN DETZNER, in his official
capacity as Secretary of State of the
State of Florida,

      Defendant.

_____/

## ORDER OF DISMISSAL

The joint motion to dismiss with prejudice, ECF No. 17, is granted. The clerk must enter judgment stating, "This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)." No fees or costs will be taxed. The clerk must close the file.

      SO ORDERED on December 13, 2018.

                                        s/Robert L. Hinkle
                                        United States District Judge