UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NEW FLORIDA MAJORITY
EDUCATION FUND, et al.

    VS                                                      CASE NO.  4:18-cv-466-RH-CAS

KEN DETZNER

**JUDGMENT**

This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a).

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT

| December 14, 2018 | s/ Chip Epperson |
|---|---|
| DATE | Deputy Clerk: Chip Epperson |